# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : No. 8 MM 2016<br>:<br>:<br>: |
| Petitioner | :<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; COMMONWEALTH OF PENNSYLVANIA, | :<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of March, 2016, as Petitioner has not established that plenary jurisdiction is warranted, the Application for Extraordinary Relief is **DENIED, WITHOUT PREJUDICE** to seek relief in the context of the pending direct appeals. *See Assoc. of Pennsylvania State College and University Faculties*, 78 MAP 2015; *Assoc. of Pennsylvania State College and University Faculties*, 10 MAP 2016.

To the extent that Petitioner seeks relief in the nature of a stay of the January 13, 2016 order, it is noted that it did not present such a request initially to the Commonwealth Court. *See* Pa.R.A.P. 1732(a).